# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JUSTINA GORSHA**, on behalf of herself and all others similarly situated, | CASE NO. 1:19-cv-1905 |
| PLAINTIFF, | JUDGE SARA LIOI |
| vs. | **ORDER APPROVING SETTLEMENT** |
| **HUMMINGBIRD HOME CARE, LLC, et al,** | |
| DEFENDANT. | |

THIS CAUSE having come before the Court on the *Joint Motion for Approval of Settlement*, including the parties' *Joint Stipulation of Settlement and Release*, it is hereby:

ORDERED AND ADJUDGED as follows:

1.  This Court hereby accepts and approves the proposed settlement and holds the proposed settlement submitted by the parties is a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act and Ohio law;

2.  The Court orders that Plaintiffs' individual settlement payments, the Representative Plaintiff's service payment and Plaintiffs' Counsel's attorneys' fees and costs be distributed in the manner, and subject to the terms and conditions, set forth in the settlement;

3.  The Court finds that the Plaintiffs' Counsel's attorneys' fees request and requests for costs is reasonable; and

4.  The above case is hereby dismissed with prejudice; each party to bear her/its own costs, except as otherwise provided by the *Joint Stipulation of Settlement and Release*. All pending deadlines are stricken as moot. This Court shall retain jurisdiction to enforce the parties' settlement agreement.

**IT IS SO ORDERED**.

Dated: April 17, 2020

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**